UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM TRUDEAU, JR., | : | |
| Petitioner, | : | CIVIL ACTION NO. |
| | : | 3:16-CV-00273 (JCH) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | JULY 2, 2018 |

**RULING ON MOTION FOR RELIEF FROM ORDER ON MOTION TO VACATE/SET ASIDE/CORRECT SENTENCE (DOC. NO. 39)**

Petitioner William Trudeau, Jr. ("Trudeau"), has filed a Motion for Relief from the court's May 3, 2017, Ruling under Federal Rule of Civil Procedure 60(b). (Doc. No. 39). Trudeau requests that the judgment entered on February 15, 2013, be set aside based on intervening changes in the law that constitute extraordinary circumstances. For the reasons that follow, Trudeau's Motion is denied.

A Rule 60(b)(6) motion must show "extraordinary circumstances" to "justify[ ] the reopening of a final judgment." Gonzalez v. Crosby, 545 U.S. 524, 535 (2005). "Intervening developments in the law by themselves rarely constitute the extraordinary circumstances required for relief under Rule 60(b)(6)." Agostini v. Felton, 521 U.S. 203, 239 (1997). Trudeau argues that the Supreme Court's decision in Nelson v. Colorado, 137 S. Ct. 1249 (2017), requires the court to reevaluate the constitutionality of considering acquitted conduct at sentencing. See Mot. for Relief at 2. In Nelson, the Supreme Court found that procedures Colorado imposed on individuals who sought to reclaim funds paid as a result of a wrongful conviction violated due process. See Nelson, 137 S. Ct. at 1257–58. In contrast to the exonerated defendants in Nelson,

2

Trudeau was convicted on two counts following a jury trial.  There is no indication in Nelson that the Supreme Court intended to overrule Watts, which permits sentencing courts to consider acquitted conduct so long as the conduct is proved by a preponderance of the evidence.  See U.S. v. Watts, 519 U.S. 148, 157 (1997).

Therefore, for the foregoing reasons, the court denies petitioner's Motion for Relief (Doc. No. 39).

**SO ORDERED.**

Dated this 2nd day of July, 2018, at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge