**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM TRUDEAU, JR., | : | |
|     Petitioner, | : | CIVIL ACTION NO. |
| | : | 3:16-CV-00273 (JCH) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | JULY 23, 2018 |
| | : | |

# ORDER

On July 2, 2018, the court issued a Ruling denying Petitioner William Trudeau Jr.'s Motion for Relief from Order on Motion to Vacate/Set Aside/Correct Sentence. (Doc. No. 43).  Assuming the Ruling on petitioner's Motion for Relief is a final order requiring a certificate of appealability, for the reasons stated in the court's Ruling, a certificate of appealability will not issue because the petitioner has not made a "substantial showing" of a denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

Dated at New Haven, Connecticut this 23rd day of July, 2018.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge